March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Nicky Victor  ,

               Defendant(s).

-----------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22-cr-596

Defendant __Nicky Victor_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

__X__  Initial Appearance/Appointment of Counsel

____  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____  Preliminary Hearing on Felony Complaint

____  Bail/Revocation/Detention Hearing

____  Status and/or Scheduling Conference

____  Misdemeanor Plea/Trial/Sentence

__/s/ Nicky Victor__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Nicky Victor__
Print Defendant's Name

__[signature]__
Defense Counsel's Signature

__Elizabeth K. Quinn__
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

__11/30/--__
Date

__[signature]__
U.S. District Judge