UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :
           v.                   :        **RESCHEDULING ORDER**
                                :
**NICKY VICTOR**,               :        7:22-CR-00596 (PMH)
                                :
           Defendant.           :
------------------------------------------------------------x

The status conference scheduled for October 19, 2023 at 12:00 p.m. is converted to a Change of Plea Hearing. The proceeding is adjourned to **October 24, 2023 at 12:45 p.m.** in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
       October 3, 2023

_____
Philip M. Halpern
United States District Judge