UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - against -

NICKY VICTOR,

              Defendant.

**ORDER**

23-CR-596 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The government has stated, in an email to the Court dated October 17, 2023, that it intends to seek remand of Defendant during the change of plea hearing scheduled for October 24, 2023. The government is directed to file, by October 20, 2023 at 5:00 p.m., a letter setting forth the basis for its anticipated remand request. Defendant shall file a response, if any, by October 23, 2023 at 5:00 p.m.

                        **SO ORDERED.**

Dated:   White Plains, New York
           October 19, 2023

                                     PHILIP M. HALPERN
                                     United States District Judge