# Federal Defenders
## OF NEW YORK, INC.

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District

---

Application granted.

**SO ORDERED.**

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 13, 2023

---

November 13, 2023

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

  Re:  *United States v. Nicky Victor,* 22-cr-596 (PMH)

Dear Honorable Judge Halpern:

  Mr. Victor respectfully requests that his United States passport be released by Pre-Trial Services to the custody of his wife Tiffany Thompson Victor.

  Mr. Victor was released on conditions following his arrest in September 2022. One of his release conditions was that he surrender his United States passport to Pre-Trial Services, which he did. Mr. Victor was detained following his change of plea hearing at the end of last month. He was hoping to have his passport returned to his wife, Tiffany Thompson Victor, so that it does not get lost. I have contacted Mr. Victor's Pre-Trial Services Officer, Andrew Abbott, who indicated the passport can only be released by court order. Otherwise, it would be returned to the Department of State after sentencing. I have contacted the government through Assistant United States Attorney Ryan Allison, and he does not object to this request. Therefore, Mr. Victor respectfully requests an order from this Court permitting the release of his passport to his wife, Tiffany Thompson Victor.

  Thank you for your time and consideration.

               Sincerely,

               Elizabeth K. Quinn
               Assistant Federal Defender
               Counsel for Nicky Victor

cc: AUSA Ryan Allison, Esq.